# United States District Court
# For The Western District of North Carolina
# Asheville Division

CHRISTOPHER EUGENE HARRIS,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                        1:09CV406-3-R

UNITED STATES OF AMERICA,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 14, 2009 Order.

December 14, 2009

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth J. Barton, Deputy Clerk